IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Petitioner, | No. CR S-01-0528 FCD JFM P |
| | vs. | |
| RAUL COMETA CANCIO, | | |
| | Respondent. | FINDINGS & RECOMMENDATIONS |
| _____/ | | |

      Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  By order filed April 19, 2006, petitioner was ordered to show cause, within twenty-one days, why his motion should not be dismissed for lack of prosecution.  In that order, movant was cautioned that failure to respond to the order would result in a recommendation that his § 2255 motion be dismissed. The twenty-one day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

      IT IS HEREBY RECOMMENDED that:

      1. Movant's § 2255 motion be dismissed, see Fed. R. Civ. P. 41(b); Rule 12, 28 U.S.C. foll. § 2255; Local Rule 11-110; Fed. R. Civ. P. 41(b); and

/////

2. The Clerk of the Court be directed to close the companion Civil Case No. 03-2284 FCD JFM P.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
canc0528.fsc