IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Petitioner,                      No. CR S-01-0528 FCD JFM P

        vs.

RAUL COMETA CANCIO,

        Respondent.                  ORDER

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed April 19, 2006, petitioner was ordered to show cause, within twenty-one days, why his motion should not be dismissed for lack of prosecution. In that order, movant was cautioned that failure to respond to the order would result in a recommendation that his § 2255 motion be dismissed. The twenty-one day period expired and movant did not respond in any way to the court's order. For that reason, on May 19, 2006, the court issued findings and recommendations recommending dismissal of movant's § 2255 motion.

        Subsequent review of the record in this action shows that the April 19, 2006 order was not served on movant. Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 19, 2006 are vacated;

1

1  2. The Clerk of the Court is directed to serve a copy of this court's April 19, 2006
2  order to show cause on movant at his address of record;
3  3. Movant is granted twenty-one days from the date of this order to file and serve
4  a response to the order to show cause; and
5  4. Failure to file a response to the order to show cause will result in a
6  recommendation that movant's § 2255 motion be dismissed.
7  DATED: May 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

canc0528.o