1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11           Respondent,                    No. CR S-01-0528 FCD JFM P

12       vs.

13   RAUL COMETA CANCIO,

14           Movant.                        ORDER

15   _____/

16           Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17   aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On July 26, 2006, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Neither party has filed

22   objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   \\\\\

                                              1

1        1.  The findings and recommendations filed July 26, 2006, are adopted in full;

2        2.  Movant's § 2255 motion is dismissed, <u>see</u> Fed. R. Civ. P. 41(b); Rule 12, 28

3   U.S.C. foll. § 2255; Local Rule 11-110; and

4        3.  The Clerk of the Court is directed to close the companion civil case, No. CIV.

5   S-03-2284 FCD JFM P.

6   DATED:August 23, 2006

7

8                                                   /s/ Frank C. Damrell Jr.
                                                    FRANK C. DAMRELL JR.
                                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26